DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

WILLIAM FRENTZEN (LABN 24421)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6959
    Fax: (415) 436-6753
    William.Frentzen@usdoj.gov

Attorneys for United States of America

FILED
DEC 10 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRENDA ADDISON,<br>ADVENT CARE INC.,<br>AMITY HOME HEALTH CARE INC.,<br>BHUPINDER BHANDARI,<br>CATHERINE CARIAGA,<br>MERVINA DEGUZMAN,<br>SAL DEL ROSARIO,<br>ANDRE NICOLAS GAY,<br>MARIAM HASAN,<br>KIMBERLY HICKS,<br>YELENA KABANSKAYA,<br>APRIL MANCUSO,<br>GERALD MYINT,<br>TAM NGUYEN,<br>REBECCA PINA,<br>JUAN POSADA,<br>CAROLINE PRESCOTT,<br>KERISIMASI REYNOLDS,<br>BELINDA ROY,<br>GELNNDA SANTOS,<br>EWELINA SCZENDZINA,<br>RIDHIMA "AMANDA" SINGH,<br>VINEETA SINGH,<br>NICOLE SUNO,<br>HILDA TACORDA, | ) CR 3 19 71420 JCS<br>) CR 3 19 71421 JCS<br>) CR 3 19 71422 JCS<br>) CR 3 19 71423 JCS<br>) CR 3 19 71430 JCS<br>) CR 3 19 71431 JCS<br>) CR 3 19 71432 JCS<br>) CR 3 19 71433 JCS<br>) CR 3 19 71434 JCS<br>) CR 3 19 71440 JCS<br>) CR 3 19 71441 JCS<br>) CR 3 19 71442 JCS<br>) CR 3 19 71443 JCS<br>) CR 3 19 71444 JCS<br>) CR 3 19 71445 JCS<br>) CR 3 19 71446 JCS<br>) CR 3 19 71447 JCS<br>) CR 3 19 71448 JCS<br>) CR 3 19 71449 JCS<br>) CR 3 19 71450 JCS<br>) CR 3 19 71451 JCS<br>) CR 3 19 71452 JCS<br>) CR 3 19 71453 JCS<br>) CR 3 19 71454 JCS<br>) CR 3 19 71455 JCS<br>) CR 3 19 71456 JCS<br>) CR 3 19 71457 JCS<br>) CR 3 19 71458 JCS<br>) CR 3 19 71459 JCS<br>) CR 3 19 71460 JCS<br>) |

| | |
|---|---|
| SCOTT TAYLOR,<br>STELLA TEODORO,<br>TERENCE TIRONA,<br>HENRY WATSON,<br>ZHENG ZHANG,<br><br>Defendants. | ) **STIPULATED MOTION AND [PROPOSED]**<br>) **ORDER TO CONTINUE PRELIMINARY**<br>) **EXAMINATION HEARING FROM**<br>) **DECEMBER 12, 2019 TO FEBRUARY 12, 2020**<br>)<br>)<br>) |

The United States, by and through its counsel, Assistant U.S. Attorney William Frentzen, and all defendants in the above-referenced case, by and through their counsel, hereby respectfully request that the preliminary examination hearing currently scheduled for December 12, 2019 at 10:30 a.m., before Magistrate Judge Thomas S. Hixson, be rescheduled to February 12, 2020 at 10:30 a.m. before the Duty Magistrate Judge. This will provide the defendants adequate time to review discovery with counsel before the next appearance in the matter before the district court. The parties agree to waive time for both the preliminary examination and under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: December 10, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s/_____
WILLIAM FRENTZEN
Assistant United States Attorney

Dated: December 10, 2019

_____/s/_____

Counsel for All Defendants

## [~~PROPOSED~~] ORDER

Upon the motion of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the preliminary examination hearing in the above-captioned cases, currently scheduled for December 12, 2019 at 10:30 a.m. before Magistrate Judge Thomas S. Hixson is rescheduled to February 12, 2020 at 10:30 a.m. before Duty Magistrate Judge. Time for the preliminary examination and under the Speedy Trial Act is waived in the interest of justice and for effective preparation of counsel.

IT IS SO ORDERED.

_____
HON. THOMAS S. HIXSON
United States Magistrate Judge